UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RONALD GAYLORD BILES, ) <br> ) <br> Defendant. ) | 2:19-mj-461-EJY <br><br> **ORDER ALLOWING WRITTEN ENTRY OF PLEA** |

Based on the pending Stipulation of counsel and good cause appearing, therefore, the Court finds that:

IT IS THEREFORE ORDERED that the Court will allow the Defendant to enter into written plea negotiations.

DATED this __10th__ day of __October__, 20__19__.

_____
UNITED STATES MAGISTRATE JUDGE

- 3 -